**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **OG Construction Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Leos and OG Home Improvement LLC** <br> **FDBA  OEG Home Improvement LLC** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **87-1383476** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8000 W. Point Dr.** <br> **Springfield, VA 22153** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fairfax** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://ogconstructionservicesllc.com/** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | OG Construction Services, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **OG Construction Services, LLC**                                    Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases**
     **pending or being filed by a**          ☐ No
     **business partner or an**               ☑ Yes.
     **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list            Debtor    **Oscar Garcia de los Rios** _____    Relationship _____

                                  District _____    When _____    Case number, if known _____

**11.  Why is the case filed in**        *Check all that apply:*
     *this district?*
                                  ☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**          ☑ No
     **have possession of any**           ☐ Yes.
     **real property or personal**              Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                       ☐ Other

                                       **Where is the property?** _____
                                                                  Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.    Insurance agency _____

                                                 Contact name _____

                                                 Phone _____

████  **Statistical and administrative information**

**13.  Debtor's estimation of**    .     *Check one:*
     **available funds**
                                  ☐ Funds will be available for distribution to unsecured creditors.

                                  ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**       ☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
     **creditors**                 ☐ 50-99                   ☐ 5001-10,000             ☐ 50,001-100,000
                                  ☐ 100-199                 ☐ 10,001-25,000           ☐ More than100,000
                                  ☐ 200-999

**15.  Estimated Assets**          ☑ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **OG Construction Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **OG Construction Services, LLC**  Case number (*if known*) _____
  Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  8, 2024**
         MM / DD / YYYY

**X** /s/ Oscar Garcia de Los Rios _____     Oscar Garcia de Los Rios _____
Signature of authorized representative of debtor     Printed name

Title  **Owner** _____

**18. Signature of attorney**

**X** /s/ Ashvin Pandurangi, Esq. _____     Date  **March  8, 2024**
Signature of attorney for debtor            MM / DD / YYYY

**Ashvin Pandurangi, Esq. 86966**
Printed name

**Vivona Pandurangi, PLC**
Firm name

**211 Park Ave.**
**Falls Church, VA 22046**
Number, Street, City, State & ZIP Code

Contact phone  **5719696540**     Email address  **ashvinp@vpbklaw.com**

**86966 VA**
Bar number and State

.

Angi
130 E. Washington St.
Indianapolis, IN 46204


Camino Financial Inc.
209 East 8th Street
#601
Los Angeles, CA 90014


CFG Merchant Solutions, LLC
180 Maiden Lane, 15th floor
New York, NY 10038


Houzz Inc.
The MB&W Building
26000 Cannon Rd.
Bedford, OH 44146


Park Avenue Recovery LLC
104 E. 25th St.
10th Floor
New York, NY 10010


Sajid Kapadia
2605 Meadow Hall Dr.
Herndon, VA 20171


Sherwan Williams
c/o McCarthy, Burgess, & Wolff
26000 Cannon Road
Bedford, OH 44146


Sutter & Terpak, PLLC
7450A Little River Turnpike
Annandale, VA 22003

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **OG Construction Services, LLC**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **OG Construction Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  8, 2024**

Date

**/s/ Ashvin Pandurangi, Esq.**

**Ashvin Pandurangi, Esq. 86966**

Signature of Attorney or Litigant

Counsel for   **OG Construction Services, LLC**

**Vivona Pandurangi, PLC**

**211 Park Ave.**
**Falls Church, VA 22046**
**5719696540 Fax:5719696540**
**ashvinp@vpbklaw.com**